IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 13 AM 11: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| LESLIE D. CHAMBERS, IRIS HANCOCK CHAMBERS and DeLYNN CHAMBERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AL FREEMAN, Individually and in his capacity as a Deputy Sheriff of Fayette County, Tennessee, DAN FEATHERS, Individually and in his capacity as an Officer of the City of Somerville, Tennessee Police Department, TOM TAYLOR, Individually and in his capacity as an officer of the Memphis Police Department, <br><br> Defendants. | No. 03-2754 Ml/P |

## ORDER TO SHOW CAUSE

Before the Court is the motion for summary judgment of Defendant Dan Feathers, filed June 2, 2005. Under Local Rule 7.2(a)(2) and Fed. R. Civ. P. 6, a response to the motion was due on or before July 5, 2005. To date, Plaintiff has not filed a response. Accordingly, Plaintiff is hereby ORDERED to SHOW CAUSE within ten (10) days of the date of entry of this Order why Defendant's motion should not be granted.[1]

---

[1] To comply with this Order, Plaintiff must file a written response to the motion for summary judgment.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-13-05



Failure to respond to this Order to Show Cause in a timely manner may result in the Court granting Defendant's motion for summary judgment.

So ORDERED this 13 day of July, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:03-CV-02754 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

William B. Mauldin
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James T. Allison
LAW OFFICE OF JAMES T. ALLISON
100 North Main Bldg.
Ste. 2309
Memphis, TN 38103

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT