IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 15 PM 2: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| LESLIE D. CHAMBERS, IRIS CHAMBERS and DeLYNN CHAMBERS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 03-2754 M1/P |
| AL FREEMAN, Individually and in his capacity as a Deputy Sheriff of Fayette County, Tennessee, DAN FEATHERS, Individually and in his capacity as an Officer of the City of Somerville, Tennessee Police Department, TOM TAYLOR, Individually and in his capacity as an officer of the Memphis Police Department, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion for Summary Judgment of Defendant Al Freeman, Order Granting Motion for Summary Judgment of Defendant Dan Feathers, and Order of Dismissal, filed August 11, 2005, judgment is hereby entered in favor of Defendants Al Freeman and Dan Feathers and against Plaintiffs Leslie D. Chambers, Iris Hancock Chambers, and DeLynn Chambers, Inc. Plaintiffs claims against those Defendants are dismissed with prejudice.  Judgment is also entered in favor of Defendant Tom Taylor and against Plaintiffs. Plaintiffs' claims against Defendant Taylor are dismissed without prejudice.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on  8-15-05

58

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

_____
Date

~~THOMAS M. GOULD~~

Clerk of Court

_____
(By)   Deputy Clerk

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:03-CV-02754 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

James T. Allison
LAW OFFICE OF JAMES T. ALLISON
100 North Main Bldg.
Ste. 2309
Memphis, TN 38103

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

William B. Mauldin
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT