IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 23 AM 9: 43

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| Leslie D. Chambers, Iris Hancock Chambers and DeLynn Chambers, Inc., <br> Plaintiffs, <br><br> v. <br><br> Al Freeman, Dan Feathers and Tom Taylor, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 03-2754 Ml/P |

## ORDER TAXING COSTS

Defendant Al Freeman, prevailing party in the above-captioned action under Judgment entered August 15, 2005 in favor of Defendant, filed his Motion for Taxation of Costs on Behalf of Al Freeman, pursuant to Fed. R. Civ. P. 54(d) and 28 U.S.C. §1920, on September 14, 2005 in the sum of $2,625.16, seeking reimbursement from Plaintiffs Leslie Chambers, Iris Hancock Chambers and DeLynn Chambers, Inc. for the following itemized expenses:

|   |   | Requested |
|---|---|---|
| 1. | Court Reporter and Transcript Expenses | $ 2,179.34 |
| 2. | Exemplification and Copy Expenses | 153.90 |
| 3. | Travel Expenses | 291.92 |
|   | Total Costs submitted by Defendant | $ 2,625.16. |

Pursuant to notice sent to all counsel on September 15, 2005 (and notice of resetting on October 11, 2005), the Clerk of Court held a hearing to assess the taxation of costs in the above-captioned matter on October 13, 2005 at 10:00 AM. Counsel for Defendant Al Freeman, William B. Mauldin, Esq., appeared by telephone per prior arrangements, and James T. Allison, Esq. filed a Response to Defendant's Motion to Tax Costs on behalf of the Plaintiffs on the same date.

Based on the representation of Defendant's counsel, William Mauldin, particularly as to the explanation of why $291.92 in travel costs were recoverable, having considered the Response

Page 1 of 2

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-23-05

68

filed by Plaintiffs' counsel, James Allison, and having evaluated the requested costs in light of 28 U.S.C. §1920, the Clerk of Court has determined that costs should be assessed against the Plaintiffs and in favor of Defendant Al Freeman in the sum of $2,625.16.

Pursuant to Local Rule 54.1, taxation of costs by the Clerk of Court may be reviewed by the Court upon motion, which must be served within five (5) days following the docketing of this Order.

Dated: December 20, 2005.

_____
Thomas M. Gould, Clerk of Court

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:03-CV-02754 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

Thomas M. Gould
U.S. DISTRICT COURT
242 Federal Bldg.
167 No. Main St.
Memphis, TN 38103

James T. Allison
LAW OFFICE OF JAMES T. ALLISON
100 North Main Bldg.
Ste. 2309
Memphis, TN 38103

William B. Mauldin
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable Jon McCalla
US DISTRICT COURT